421 A.2d 211

**COMMONWEALTH of Pennsylvania**

v.

**James Edward GORE, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 2, 1980.

Decided Nov. 3, 1980.

William J. Hain, John A. Bozza, Erie (Court–appointed), for appellant.

Michael J. Veshecco, Dist. Atty., Paul J. Susko, Shad Connelly, Asst. Dist. Attys., Erie, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Erie County is affirmed.